IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER A. LUGO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1442 |
| | : | |
| CARLOS DEANGELO, et al. | : | |

# ORDER

AND NOW, this 30th day of September, 2021, upon consideration of Defendant Carlo DeAngelo's Motion for Summary Judgment, Plaintiff Alexander Lugo's response in opposition, the parties' presentation at the April 5, 2021, oral argument on the Motion, it is ORDERED the Motion (Document 33) is GRANTED.

It is further ORDERED Defendants Lonsinger and Melley's Motion (Document 31) is DENIED as moot.

Judgment is entered in favor of DeAngelo. The Clerk of Court is ORDERED to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.